# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2571 Disciplinary Docket No. 3 |
| | : | |
| DAN HAENDEL | : | Board File No. C1-18-932 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 18-BG-522) |
| | : | |
| | : | Attorney Registration No. 24743 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 29th day of March, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Dan Haendel is disbarred from the practice of law in the Commonwealth of Pennsylvania.  He shall comply with all the provisions of Pa.R.D.E. 217.